FILED
U.S. District Court
District of Kansas
11/24/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**MALIK W. DORSEY,**

**Plaintiff,**

**v.** **CASE NO. 26-3343-JWL**

**KAIDEN MATTHEW BUNGER, ET AL.,**

**Defendants.**

**MEMORANDUM AND ORDER**

On October 9, 2026, the Court ordered Saline County Sheriff Roger Soldan to prepare and file a *Martinez* report regarding the sole remaining claim in this case: the excessive force claim against Defendant Kaiden Matthew Bunger. (Doc. 6); *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The deadline for filing the *Martinez* Report was November 20, 2026. (Doc. 6, p. 4.) As of the date of this order, the Court has received nothing from Sheriff Soldan. The Court will extend the deadline, but does not anticipate granting further extensions absent exceptional circumstances.

**IT IS THEREFORE ORDERED** that the *Martinez* report shall be filed no later than December 30, 2026. If it is not, the Court will complete screening based only on the information now before it. After the report is filed, the Court will review it and, if necessary, will set a deadline by which Plaintiff may reply to the report if he chooses to do so.

**IT IS SO ORDERED.**

DATED: This 24th day of November, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge